## In re BUSH TERMINAL PRINTING CORPORATION.

### Appeal of Louis HAYEK.

Circuit Court of Appeals, Second Circuit.
April 15, 1929.

No. 338.

Harry Weinberger, of New York City, for appellant.

Samuel C. Duberstein, of Brooklyn, N. Y. (Max Schwartz, of New York City, of counsel), for trustee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order [32 F.(2d) 264] affirmed.